UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG<br><br>　　　　Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU; and ROBERT A. LANDINO<br><br>　　　　Defendants. | Case No. 3:19-cv-01533-VLB |

**NOTICE OF APPEARANCE**

To:　The Clerk of the Court

　　　PLEASE ENTER THE APPEARANCE of **Aaron A. Romney**, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, Connecticut 06604, who is admitted to practice in this

Court, on behalf of the Plaintiff, **James Berman, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg and Michael S. Goldberg, LLC**.

                THE PLAINTIFF
                JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG,

By   / s / Aaron A. Romney
       Aaron A. Romney (ct28144)
       Zeisler & Zeisler, P.C.
       10 Middle Street
       15th Floor
       Bridgeport, CT   06604
       Tel. 203-368-4234
       Email: aromney@zeislaw.com
       His attorneys

## **CERTIFICATE OF SERVICE**

  I, Aaron A. Romney, hereby certify that on the 1st day of October, 2019, a copy of the foregoing Notice of Appearance was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

               */ s / Aaron A. Romney*
               Aaron A. Romney