# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR  : | Case No. 3:19-cv-01533-VLB |
| THE SUBSTANTIVELY CONSOLIDATED     : | |
| ESTATE OF MICHAEL S. GOLDBERG, LLC   : | |
| AND MICHAEL S. GOLDBERG            : | |

JAMES BERMAN, CHAPTER 7 TRUSTEE FOR        :        Case No. 3:19-cv-01533-VLB
THE SUBSTANTIVELY CONSOLIDATED             :
ESTATE OF MICHAEL S. GOLDBERG, LLC         :
AND MICHAEL S. GOLDBERG                     :
                                            :
              Plaintiff,                    :
                                            :
v.                                          :
                                            :
SCOTT A. LABONTE; SALLY A. LABONTE;         :
SCOTT A. LABONTE, TRUSTEE OF THE            :
SCOTT A. LABONTE REVOCABLE TRUST;           :
SALLY A. LABONTE, TRUSTEE OF THE            :
SCOTT A. LABONTE REVOCABLE TRUST;           :
SALLY A. LABONTE, TRUSTEE OF THE            :
SCOTT A. LABONTE DYNASTY TRUST;             :
ROLAND G. LABONTE; ROLAND G.                :
LABONTE, TRUSTEE OF THE SCOTT A.            :
LABONTE DYNASTY TRUST; ROLAND G.            :
LABONTE, TRUSTEE OF THE ROLAND G.           :
LABONTE REVOCABLE TRUST; MARILYN P.         :
LABONTE; MARILYN P. LABONTE, TRUSTEE        :
OF THE MARILYN P. LABONTE 2015              :
REVOCABLE TRUST; MARILYN P. LABONTE         :
TRUSTEE OF THE MARILYN P. LABONTE           :
REVOCABLE TRUST; JOSEPH W. SPARVERI,        :
JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF    :
THE SCOTT A. LABONTE DYNASTY                :
TRUST; LAWRENCE J. MARKS;                   :
JULIANO & MARKS, LLC;                       :
PAUL L. BOURDEAU;                           :
and ROBERT A. LANDINO                       :
                                            :
              Defendants.                   :
                                            :

## NOTICE OF APPEARANCE

To:    The Clerk of the Court

PLEASE ENTER THE APPEARANCE of **John L. Cesaroni**, Zeisler & Zeisler, P.C.,

10 Middle Street, 15th Floor, Bridgeport, Connecticut 06604, who is admitted to practice in this

Court, on behalf of the Plaintiff, **James Berman, Chapter 7 Trustee for the Substantively**

**Consolidated Estate of Michael S. Goldberg and Michael S. Goldberg, LLC**.

THE PLAINTIFF
JAMES BERMAN, CHAPTER 7 TRUSTEE FOR
THE SUBSTANTIVELY CONSOLIDATED
ESTATE OF MICHAEL S. GOLDBERG, LLC
AND MICHAEL S. GOLDBERG,

By   */ s / John L. Cesaroni*
John L. Cesaroni (ct29309)
Zeisler & Zeisler, P.C.
10 Middle Street
15th Floor
Bridgeport, CT   06604
Tel. 203-368-4234
Email: jcesaroni@zeislaw.com
His attorneys

## <u>CERTIFICATE OF SERVICE</u>

I, John L. Cesaroni, hereby certify that on the 1st day of October, 2019, a copy of the foregoing Notice of Appearance was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.


*/ s / John L. Cesaroni*
John L. Cesaroni