UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG,<br><br>      Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU; and ROBERT A. LANDINO<br><br>      Defendants. | Case No. 3:19-cv-01533-VLB |

## NOTICE OF APPEARANCE

To:    The Clerk of the Court

      PLEASE ENTER THE APPEARANCE of **Christopher H. Blau**, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor, Bridgeport, Connecticut 06604, who is admitted to practice in

this Court, on behalf of the Plaintiff, **James Berman, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg and Michael S. Goldberg, LLC**.

           THE PLAINTIFF
           JAMES BERMAN, CHAPTER 7 TRUSTEE FOR
           THE SUBSTANTIVELY CONSOLIDATED
           ESTATE OF MICHAEL S. GOLDBERG, LLC
           AND MICHAEL S. GOLDBERG,

By  */ s / Christopher H. Blau*
           Christopher H. Blau (ct30120)
           Zeisler & Zeisler, P.C.
           10 Middle Street
           15th Floor
           Bridgeport, CT   06604
           Tel. 203-368-4234
           Email: cblau@zeislaw.com
           His attorneys

**CERTIFICATE OF SERVICE**

     I, Christopher H. Blau, hereby certify that on the 1st day of October, 2019, a copy of the foregoing Notice of Appearance was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                            */ s / Christopher H. Blau*
                                            Christopher H. Blau