UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE | : | Civil Action |
| | : | No.: 3:19-cv-01533(VLB) |
| Plaintiff | : | |
| | | |
| SCOTT A. LABONTE, ET AL. | : | |
| | | |
| Defendants | : | OCTOBER 7, 2019 |

### NOTICE OF APPEARANCE

Please enter the appearance of Mark H. Dean, P.C. on behalf of defendants Roland G. LaBonte, Roland G. LaBonte, Trustee Of The Roland G. LaBonte Revocable Trust, Marilyn P. LaBonte, Marilyn P. LaBonte, Trustee Of The Marilyn P. LaBonte 2015 Revocable Trust, and Marilyn P. LaBonte, Trustee Of The Marilyn P. LaBonte Revocable Trust in the above-captioned matter.

DEFENDANTS ROLAND G. LABONTE,
ROLAND G. LABONTE, TRUSTEE OF THE
ROLAND G. LABONTE REVOCABLE TRUST,
MARILYN P. LABONTE, MARILYN P.
LABONTE, TRUSTEE OF THE MARILYN P.
LABONTE 2015 REVOCABLE TRUST, AND
MARILYN P. LABONTE, TRUSTEE OF THE
MARILYN P. LABONTE REVOCABLE TRUST

By: /s/ Mark H. Dean
    Mark H. Dean
    MARK H. DEAN, P.C.
    241 Main Street
    Hartford, CT 06106
    (860) 541-6699
    mdean@mhdpc.net
    Fed. No. CT01935

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice Of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Mark H. Dean
        Mark H. Dean (CT01935)