# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE, ET AL.,<br><br>Defendants. | Civil Action No.: 3:19-cv-01533 (VLB)<br><br><br><br>October 16, 2019 |

## NOTICE OF APPEARANCE

Please enter an appearance for the following attorney on behalf of defendant Paul L. Bourdeau in the above-captioned action:

>Alfred U. Pavlis (ct08603)
>FINN DIXON & HERLING LLP
>Six Landmark Square
>Stamford, CT  06901-2704
>Tel: (203) 325-5000
>Fax: (203) 325-5001
>E-mail: apavlis@fdh.com

>DEFENDANT
>PAUL L. BOURDEAU

>By: /s/ Alfred U. Pavlis
>    Alfred U. Pavlis (ct08603)
>    FINN DIXON & HERLING LLP
>    Six Landmark Square
>    Stamford, CT  06901-2704
>    Tel: (203) 325-5000
>    Fax: (203) 325-5001
>    E-mail: apavlis@fdh.com

## **CERTIFICATION**

I hereby certify that on October 16, 2019, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                             /s/ Alfred U. Pavlis
                                             Alfred U. Pavlis (ct08603)
                                             FINN DIXON & HERLING LLP
                                             Six Landmark Square
                                             Stamford, CT  06901-2704
                                             Tel: (203) 325-5000
                                             Fax: (203) 325-5001
                                             E-mail: apavlis@fdh.com