UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAMES BERMAN, CHAPTER 7 TRUSTEE,** : | Case No. 3:19-cv-01533-VLB |
| Plaintiff, : | |
| v. : | |
| **SCOTT A. LABONTE, ET AL.** : | |
| Defendants. : | |
| : | OCTOBER 17, 2019 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned for Defendants Lawrence J. Marks and Juliano & Marks, LLC.

                                                  DEFENDANTS
                                                  LAWRENCE J. MARKS
                                                  and JULIANO & MARKS, LLC

By:    /s/ Anthony J. Natale
           Anthony J. Natale (ct08451)
           Natale & Wolinetz
           116 Oak Street
           Glastonbury, Connecticut 06033
           Telephone: (860) 430-1802
           Facsimile: (860) 430-1809
           anatale@natalelawfirm.com

## CERTIFICATION

I hereby certify that on October 17, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    /s/ Anthony J. Natale
Anthony J. Natale