UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG<br><br>Plaintiff,<br>v.<br><br>SCOTT A LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU and ROBERT A. LANDINO,<br><br>Defendants. | NO. 3:19-CV-01533- (VLB)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 24, 2019 |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

**Enter my appearance as counsel in this case for:** Joseph W. Sparveri, Jr. and Joseph W. Sparveri, Jr., Trustee of the Scott A. LaBonte Dynasty Trust.

October 24, 2019                                    //s// James J. Healy       (ct28447)
Date                                                Signature

<table>
<tr><td>

ct28447
**Connecticut Federal Bar Number**

(860) 278-5555
**Telephone Number**

(860) 249-0012
**Fax Number**

</td><td>

James J. Healy, Esq.
**Print Clearly or Type Name**

Cowdery & Murphy, LLC
280 Trumbull Street, 22nd Floor
Hartford, CT 06103
**Address**

jhealy@cowderymurphy.com
**E-mail Address**

</td></tr>
</table>

## CERTIFICATE OF SERVICE

     I hereby certify that on October 24, 2019, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                        /s// James J. Healy (ct28447)
                                                                                         James J. Healy