# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE | : | Civil Action |
| | : | No.: 3:19-cv-01533(VLB) |
| Plaintiff | : | |
| | | |
| SCOTT A. LABONTE, ET AL. | : | |
| | | |
| Defendants | : | OCTOBER 25, 2019 |

## NOTICE OF APPEARANCE

Please enter the appearance of Mark H. Dean, P.C. on behalf of defendant Roland G. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust in the above-captioned matter.

        DEFENDANT ROLAND G. LABONTE,
        TRUSTEE OF THE SCOTT A. LABONTE
        DYNASTY TRUST


By: /s/ Mark H. Dean
      Mark H. Dean
      MARK H. DEAN, P.C.
      241 Main Street
      Hartford, CT 06106
      (860) 541-6699
      mdean@mhdpc.net
      Fed. No. CT01935

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice Of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Mark H. Dean
    Mark H. Dean (CT01935)