UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE,<br><br>PLAINTIFF,<br><br>vs.<br><br>SCOTT A. LABONTE, ET AL.<br><br>DEFENDANTS. | : Civil Case No.<br>: 3:19-cv-01533(VLB)<br>:<br>:<br>:<br>:<br>:<br>: October 29, 2019<br>:<br>: |

## APPEARANCE

Please enter the appearance of THOMAS J. SANSONE on behalf of the defendant Robert A. Landino, in the above captioned action.

        Respectfully submitted,

        DEFENDANT,

        ROBERT LANDINO


        By:    /s/ Thomas J. Sansone
               Thomas J. Sansone (ct00671)
               Carmody Torrance Sandak & Hennessey LLP
               195 Church Street
               P.O. Box 1950
               New Haven, CT 06509-1950
               Telephone: (203) 777-5501
               Facsimile:  (203) 784-3199
               Email:  tsansone@carmodylaw.com

{N5636198}

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was filed electronically on the above date. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                              /s/ Thomas J. Sansone
                                                Thomas J. Sansone