AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| James Berman<br>*Plaintiff*<br>v.<br>Scott A. LaBonte, Et Al<br>*Defendant* | Case No.  3:19cv1533 (VLB) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Scott A. LaBonte, Sally LaBonte, Scott A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust, Sally A. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust, Sally A. LaBonte, Trustee of Scott A. LaBonte Revocable Trust

Date:  November 7, 2019

/s/ James T. Shearin
*Attorney's signature*

James T. Shearin (ct01326)
*Printed name and bar number*

Pullman & Comley, LLC
850 Main Street
Bridgeport, CT  06604
*Address*

jtshearin@pullcom.com
*E-mail address*

203-330-2240
*Telephone number*

203-576-8888
*FAX number*