AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| James Berman _____ | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   3:19cv1533  (VLB) |
| Scott A. LaBonte, Et Al _____ | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Scott A. LaBonte, Sally LaBonte, Scott A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust, Sally A. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust, Sally A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust

Date:    November 7, 2019          /s/ Thomas S. Lambert
_____                _____
                                    *Attorney's signature*

                           Thomas S. Lambert (ct 29561)
                           _____
                                 *Printed name and bar number*

                           Pullman & Comley, LLC
                           850 Main Street
                           Bridgeport, CT  06604
                           _____
                                        *Address*

                           tlambert@pullcom.com
                           _____
                                     *E-mail address*

                           203-330-2147
                           _____
                                  *Telephone number*

                           203-576-8888
                           _____
                                     *FAX number*