UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDGERG,<br><br>PLAINTIFF<br><br>V.<br><br>SCOTT A. LABONTE, ET AL.,<br><br>DEFENDANTS. | Civil Action No. 3:19-cv-01533-VLB<br><br><br><br><br><br><br>November 8, 2019 |

**Appearance**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Scott A. LaBonte; Sally A. LaBonte; Scott A. LaBonte Trustee of the Scott A. LaBonte Revocable Trust; Sally A. LaBonte Trustee of the Scott A. LaBonte Revocable Trust; and Sally A. LaBonte Trustee of the Scott A. LaBonte Dynasty Trust.

| | |
|---|---|
| Date: November 8, 2019 | **/s/ David M. S. Shaiken**<br>**David M. S. Shaiken, Esq.**<br>**Shipman, Shaiken & Schwefel, LLC**<br>**433 South Main Street, Suite 319**<br>**West Hartford, CT  06110**<br>**Telephone:  (860) 606-1703**<br>**Facsimile:  (866) 431-3248**<br>**e-mail: david@shipmanlawct.com**<br>**Federal Bar No. ct02297** |

### Certification of Service

I hereby certify that on this 8th day of November, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**/s/ David M. S. Shaiken**