## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG | : Case No. 3:19-cv-01533-VLB |

**JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG**                    :    Case No. 3:19-cv-01533-VLB

                    **Plaintiff,**                    :

**v.**                    :

**SCOTT A. LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU; and ROBERT A. LANDINO**                    :

                    **Defendants.**                    :    **November 14, 2019**

---

## MOTION FOR EXTENSION OF TIME TO FILE REPORT OF PARTIES' PLANNING MEETING, WITH CONSENT

Defendants hereby move for a one-week extension of time, from November 14, 2019 to and including November 22, 2019, to file the Report of Parties Planning Meeting ("Report").

In support of this motion, the undersigned would represent that consistent with the Federal Rules of Civil Procedure and Local Rules for the District Court, the parties have conferred and are in the process of negotiating the contents of the Report. However, given the number of parties involved and the complexities of the case, the parties have not been able to coordinate the final submission within the required time period.

Accordingly, Defendants request a brief one-week extension of time to submit the Report. This is Defendants first such request and they represent that the Plaintiffs' consent to this request.

**SHIPMAN, SHAIKEN & SCHWEFEL, LLC**

By:  */s/ David M. S. Shaiken*
       **David M.S. Shaiken ct02297**
       **Shipman, Shaiken & Schwefel, LLC**
       **433 South Main Street, Suite 319**
       **West Hartford, CT 06110**

*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust*

**PULLMAN & COMLEY, LLC**

By:  */s/ James T. Shearin*
       **James T. Shearin  ct 01326**
       **Pullman & Comley LLC**
       **850 Main Street**
       **P.O. Box 7006**
       **Bridgeport, CT 06601-7006**

*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust*

**MARK H. DEAN, PC**

By:  */s/ Mark Dean*
       **Mark Dean ct01935**
       **Mark H. Dean, PC**
       **241 Main Street, Suite 501**
       **Hartford, CT 06106**

*Attorneys for Roland G. LaBonte, individually and as Trustee of the Roland G. LaBonte Revocable Trust and the Scott A. LaBonte Dynasty Trust, and Marilyn P. LaBonte, individually and as Trustee of the Marilyn P. LaBonte 2015 Revocable Trust and Trustee of the Marilyn P. LaBonte Revocable Trust*

**COWDERY & MURPHY, LLC**

By:  */s/ Thomas J. Murphy*
       **Thomas J. Murphy ct07959**
       **James J. Healy**
       **Cowdery & Murphy LLC**
       **280 Trumbull Street, 22nd Floor**
       **Hartford, CT 06103**

*Attorneys for Joseph W. Sparveri, Jr.*

**FINN DIXON & HERLING LLP**

By:  **/s/ Alfred U. Pavlis**
    **Alfred U. Pavlis ct 08603**
    **Finn Dixon & Herling LLP**
    **6 Landmark Sq.**
    **Stamford, CT 06901-2704**

**Attorneys for Paul Bourdeau, Esq.**

**CARMODY TORRANCE SANDAK HENNESSEY LLP**

By:  **/s/ Thomas J. Sansone**
    **Thomas J. Sansone ct00671**
    **Carmody Torrance Sandak Hennessey LLP**
    **195 Church Street**
    **New Haven, CT 06509**

**Attorneys for Robert A. Landino**

**NATALE & WOLINETZ**

By:  **/s/ Anthony Natale**
    **Anthony Natale ct08451**
    **Natale & Wolinetz**
    **116 Oak Street**
    **Glastonbury, CT 06033**

**Attorneys for Lawrence J. Marks, Esq. and Juliano & Marks, LLC**

ACTIVE/78282.1/JTS/8502593v1