**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JAMES BERMAN, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SCOTT A. LABONTE *et al.*,**<br><br>**Defendants.** | **Case No. 19-cv-1533 (VLB)** |

**MOTION TO STAY DISCOVERY**

**Defendants Scott LaBonte, Sally LaBonte, Marilyn LaBonte, Roland LaBonte, Joseph W. Sparveri, Jr., Lawrence J. Marks, Esq., Juliano & Marks, LLC, Paul Bourdeau, Esq., and Robert A. Landino (collectively, the "Defendants"), by their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 26(c) for entry of an order staying discovery in the above-captioned case until thirty (30) days after the Court decides the Defendants' forthcoming motions to dismiss the Complaint.**

**The grounds in support of this motion are set forth fully in the accompanying memorandum of law.**

**Dated: November 15, 2019**

**FINN DIXON & HERLING LLP**

**By: /s/ Alfred U. Pavlis**
**Alfred U. Pavlis (ct08603)**
**David R. Allen (ct30827)**
**Finn Dixon & Herling LLP**
**Six Landmark Square**
**Stamford, CT 06901-2704**
**Tel: (203) 325-5000**
**Fax: (203) 325-5001**
**apavlis@fdh.com**
**dallen@fdh.com**

***Attorneys for Paul Bourdeau, Esq.***

**PULLMAN & COMLEY LLC**

**By: /s/ James T. Shearin**
**James T. Shearin (ct01326)**
**Pullman & Comley LLC**
**850 Main Street**
**P.O. Box 7006**
**Bridgeport, CT 06601-7006**
**jtshearin@pullcom.com**

**Of Counsel**
**David M.S. Shaiken (ct02297)**
**Shipman, Shaiken & Schwefel, LLC**
**433 South Main Street**
**West Hartford, CT 06110**
**dshipmanlawct.com**

***Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust***

**MARK H. DEAN, PC**

**By: /s/ Mark Dean______**
**Mark Dean (ct01935)**
**Mark H. Dean, PC**
**241 Main Street, Suite 501**
**Hartford, CT 06106**
**mdean@mhdpc.net**

***Attorneys for Roland G. LaBonte, individually and as Trustee of the Roland G. LaBonte Revocable Trust and the Scott A. LaBonte Dynasty Trust, and Marilyn P. LaBonte, individually and as Trustee of the Marilyn P. LaBonte 2015 Revocable Trust and Trustee of the Marilyn P. LaBonte Revocable Trust***

**CARMODY TORRANCE SANDAK HENNESSEY LLP**

**By: /s/ Thomas J. Sansone**
**Thomas J. Sansone (ct00671)**
**Carmody Torrance Sandak**
**Hennessey LLP**
**195 Church Street**
**New Haven, CT 06509**
**tsansone@carmodylaw.com**

***Attorneys for Robert A. Landino***

**COWDERY & MURPHY LLC**

**By: /s/ Thomas J. Murphy**
**Thomas J. Murphy (ct07959)**
**James J. Healy**
**Cowdery & Murphy LLC**
**280 Trumbull Street, 22nd Floor**
**Hartford, CT 06103**
**tmurphy@cowderymurphy.com**
**jhealy@cowderymurphy.com**

***Attorneys for Joseph W. Sparveri, Jr.***

**NATALE & WOLINETZ**

**By: /s/ Anthony Natale**
**Anthony Natale (ct08451)**
**Natale & Wolinetz**
**116 Oak Street**
**Glastonbury, CT 06033**
**anatale@natalelawfirm.com**

***Attorneys for Lawrence J. Marks, Esq. and Juliano & Marks, LLC***

**CERTIFICATION**

**I hereby certify that on November 15, 2019 a copy of the foregoing Motion to Stay Discovery was filed electronically through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.**

**/s/ Alfred U. Pavlis**
**Alfred U. Pavlis (ct08603)**
**FINN DIXON & HERLING LLP**
**Six Landmark Square**
**Stamford, CT 06901-2704**
**Tel: (203) 325-5000**
**Fax: (203) 325-5001**
**E-mail: apavlis@fdh.com**