UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU; and ROBERT A. LANDINO<br><br>Defendants. | Case No. 3:19-cv-01533-VLB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 26, 2019 |

**THE GOLDBERG TRUSTEE'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO STAY DISCOVERY**

Pursuant to D. Conn. L. Civ. R. 7(b), the Plaintiff, James Berman, Chapter 7

1

Trustee (the "Goldberg Trustee") for the substantively consolidated bankruptcy estates of the debtors, Michael S. Goldberg, LLC, d/b/a Acquisitions Unlimited Group, and Michael S. Goldberg, through his undersigned counsel, respectfully moves for a two-week extension of time, from December 6, 2019, to and including December 20, 2019, to file his response to the November 15, 2019, Motion to Stay Discovery [Doc. No. 43] (the "MTS") filed by defendants Scott LaBonte, Sally LaBonte, Marilyn LaBonte, Roland LaBonte, Joseph W. Sparveri, Jr., CPA, Lawrence J. Marks, Esq., Juliano & Marks, LLC, Paul Bourdeau, Esq., and Robert A. Landino (collectively the "Defendants").

As good cause for the granting of the Goldberg Trustee's requested relief, the Goldberg Trustee states that the MTS, which seeks a stay of all discovery until thirty (30) days after the Court decides the Defendants' motions to dismiss (that are unlikely to be filed until December 13, 2019) is supported by a thirty-three (33) page memorandum of law and includes multiple arguments concerning the Goldberg Trustee's claims. In light of the Thanksgiving holiday as well as the complex nature of the RICO-related arguments raised by the Defendants, the Goldberg Trustee submits that an additional fourteen days is needed to permit the Goldberg Trustee the time necessary to adequately brief the issues and properly respond to the MTS.

Pursuant to D. Conn. L. Civ. R. 7(b)(2) counsel for the Goldberg Trustee inquired of counsel for the Defendants to obtain their respective position on the Goldberg Trustee's requested extension. The Defendants consent to the requested extension to December 20, 2019.

This is the Goldberg Trustee's first motion for extension of time with respect to this time limitation.

                JAMES BERMAN, CHAPTER 7 TRUSTEE
FOR THE SUBSTANTIVELY CONSOLIDATED
ESTATE OF MICHAEL S. GOLDBERG, LLC
AND MICHAEL S. GOLDBERG

By: */s/ Christopher H. Blau*
James M. Moriarty (ct21876)
Christopher H. Blau (ct30120)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tele: (203) 368-4234
Fax: (203) 367-9678
Email: jmoriarty@zeislaw.com
cblau@zeislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   */ s / Christopher H. Blau*
                                                   **Christopher H. Blau (ct30120)**