UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU; and ROBERT A. LANDINO<br><br>Defendants. | Case No. 3:19-cv-01533-VLB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>November 26, 2019 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO INCREASE PAGE LIMIT FOR MEMORANDUM OF LAW**

The Defendants hereby move for an extension of time, from December 2, 2019 to and including December 13, 2019, to respond to Plaintiff's Complaint. The Plaintiff consents to this motion.

In support of this motion, the undersigned would represent that the Complaint is 101 pages long and consists of 397 paragraphs asserting RICO claims against 17 Defendants. The Defendants anticipate filing Motions to Dismiss the present action, including as discussed below, a consolidated memorandum addressing those arguments they have in common. However, given the complexities of the case and the number of Defendants, the Defendants do not believe they will be able to comply with the present deadline of December 2, 2019 and therefore request a short extension of time to adequately brief the issues. The Defendants recognize that the timing of their filing will leave the Plaintiff with a twenty-one (21) day period after to oppose the motion that includes the Christmas holiday. The Defendants have no objection to a reasonable extension of time if requested by the Plaintiff. This is Defendants' first such request for an extension of time to respond to the Complaint.

The Defendants also respectfully request that this Court allow for an increase of the page limit for briefing. As noted, as presently contemplated, the Defendants seek to file a combined brief on issues common to all of them. They anticipate they will need an additional 14 pages to cover all of the common issues, from 46 to 60 pages. Some of the Defendants may choose to file an individual motion presenting issues unique to them. Those memoranda will be limited to 20 pages in length. The Defendants' intention is their combined briefing will be more

**efficient for the Court and for the parties and the total briefing will be fewer pages in length than would otherwise be the case if each Defendant filed a 46-page brief. The Plaintiff has not taken a position on this page-limit request.**

| | |
|---|---|
| **PULLMAN & COMLEY, LLC**<br><br>By: /s/ James T. Shearin<br>James T. Shearin,  ct 01326<br>Thomas S. Lambert, ct29561<br>Pullman & Comley LLC<br>850 Main Street<br>P.O. Box 7006<br>Bridgeport, CT 06601-7006<br><br>*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust* | **MARK H. DEAN, PC**<br><br>By: /s/ Mark Dean<br>Mark Dean ct01935<br>Mark H. Dean, PC<br>241 Main Street, Suite 501<br>Hartford, CT 06106<br><br>*Attorneys for Roland G. LaBonte, individually and as Trustee of the Roland G. LaBonte Revocable Trust and the Scott A. LaBonte Dynasty Trust, and Marilyn P. LaBonte, individually and as Trustee of the Marilyn P. LaBonte 2015 Revocable Trust and Trustee of the Marilyn P. LaBonte Revocable Trust* |
| **SHIPMAN, SHAIKEN & SCHWEFEL, LLC**<br><br>By: /s/ David M. S. Shaiken<br>David M.S. Shaiken ct02297<br>Shipman, Shaiken & Schwefel, LLC<br>433 South Main Street, Suite 319<br>West Hartford, CT 06110<br><br>**Of Counsel**<br>*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust* | **COWDERY & MURPHY, LLC**<br><br>By: /s/ Thomas J. Murphy<br>Thomas J. Murphy ct07959<br>James J. Healy<br>Cowdery & Murphy LLC<br>280 Trumbull Street, 22nd Floor<br>Hartford, CT 06103<br><br>*Attorneys for Joseph W. Sparveri, Jr.* |

4

| | |
|---|---|
| **FINN DIXON & HERLING LLP** | **NATALE & WOLINETZ** |
| By: **/s/ Alfred U. Pavlis** | By: **/s/ Anthony Natale** |
| Alfred U. Pavlis ct 08603 | Anthony Natale ct08451 |
| Finn Dixon & Herling LLP | Natale & Wolinetz |
| 6 Landmark Sq. | 116 Oak Street |
| Stamford, CT 06901-2704 | Glastonbury, CT 06033 |
| **Attorneys for Paul Bourdeau, Esq.** | **Attorneys for Lawrence J. Marks, Esq. and Juliano & Marks, LLC** |

**CARMODY TORRANCE SANDAK HENNESSEY LLP**

By: **/s/ Thomas J. Sansone**
Thomas J. Sansone ct00671
Carmody Torrance Sandak Hennessey LLP
195 Church Street
PO Box 1950
New Haven, CT 06509
**Attorneys for Robert A. Landino**

5