UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JAMES BERMAN, CHAPTER 7 TRUSTEE** | : | Civil Action |
| | : | No.: 3:19-cv-01533(VLB) |
| **Plaintiff** | : | |
| | | |
| **SCOTT A. LABONTE, ET AL.** | : | |
| | | |
| **Defendants** | : | DECEMBER 13, 2019 |

## MOTION TO DISMISS

Defendants Roland G. LaBonte, Roland G. LaBonte, Trustee Of The Roland G. LaBonte Revocable Trust, Roland G. LaBonte, Trustee Of The Scott A. LaBonte Dynasty Trust, Marilyn P. LaBonte, Marilyn P. LaBonte, Trustee Of The Marilyn P. LaBonte 2015 Revocable Trust, and Marilyn P. LaBonte, Trustee Of The Marilyn P. LaBonte Revocable Trust respectfully move the court, pursuant to Federal Rules Of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Complaint on the following grounds:

1. The Trustee's "lost debt" claim is not ripe because his prior actions to recover assets in satisfaction of the debt have not concluded.

2. If the lost claim debt is ripe, it is barred by the statute of limitations in that:

    a. The Trustee learned of his alleged lost debt injury in 2011; and

    b. The Trustee did not learn of any new and independent injury within the limitations.

3. The Trustee's claim for collection expenses incurred prior to July 28, 2015 is barred by the statute of limitation.

4. The Trustee failed to allege a RICO violation in that:

    a.    The Trustee has failed to allege any predicate acts of racketeering;

    b.    The Trustee's failure to allege the 2010 transfers by Scott LaBonte were predicate acts requires dismissal of the loss debt claim;

    c.    The Trustee has failed to allege an enterprise distinct from the allege pattern of racketeering activity; and

    d.    The conduct alleged by the Trustee does not amount to or pose a threat of continuing criminal activity.

The support for this motion is set forth in Defendants' Joint Memorandum Of Law In Support Of Their Motion To Dismiss The Complaint dated December 13, 2019 filed contemporaneously herewith.

    DEFENDANTS ROLAND G. LABONTE, ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST, ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST, MARILYN P. LABONTE, MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST, AND MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST

    By: /s/ Mark H. Dean
        Mark H. Dean
        MARK H. DEAN, P.C.
        241 Main Street
        Hartford, CT 06106
        (860) 541-6699
        mdean@mhdpc.net
        Fed. No. CT01935

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice Of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                **/s/ Mark H. Dean**
                                                  Mark H. Dean (CT01935)