**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JAMES BERMAN, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg,** | **Case No. 19-cv-1533 (VLB)** |
| **Plaintiff,** | |
| **v.** | |
| **SCOTT A. LABONTE** *et al.*, | |
| **Defendants.** | |

## MOTION TO DISMISS

Defendant Paul Bourdeau, by his undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Complaint on the following grounds:

(1)     The Trustee lacks standing to assert a claim against the Defendants under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, premised on post-petition conduct that did not cause injury to the debtor;

(2)     The Trustee's "lost debt" claim is not ripe because his prior actions to recover assets in satisfaction of the debt have not concluded;

(3)     The Trustee's lost debt claim is barred by the applicable statute of limitations;

(4)     The Trustee's claim for collection expenses incurred prior to July 28, 2015 is barred by the applicable statute of limitations;

(5)     The Trustee has failed to allege a violation of 18 U.S.C. § 1962(c); and

**ORAL ARGUMENT REQUESTED**

(6)     The Trustee has failed to allege that Mr. Bourdeau agreed to conduct or participate in the conduct of an enterprise's affairs through a pattern of racketeering in violation of 18 U.S.C. § 1962(d).

The support for grounds (1) through (5) above are set forth in the Joint Memorandum of Law in Support of Defendants' Motions to Dismiss the Complaint, filed contemporaneously herewith, and the support for ground (6) above is set forth in the accompanying individual memorandum of law of Defendant Paul Bourdeau.

Dated:      December 13, 2019

FINN DIXON & HERLING LLP

By: /s/ Alfred U. Pavlis
     Alfred U. Pavlis (ct08603)
     David R. Allen (ct30827)
     Finn Dixon & Herling LLP
     Six Landmark Square
     Stamford, CT 06901-2704
     Tel: (203) 325-5000
     Fax: (203) 325-5001
     apavlis@fdh.com
     dallen@fdh.com

*Attorneys for Paul Bourdeau, Esq.*

## CERTIFICATION

I hereby certify that on December 13, 2019, a copy of the foregoing Motion to Dismiss was filed electronically through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com