
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG** | Case No. 3:19-cv-01533-VLB |
| **Plaintiff,** | |
| v. | |
| **SCOTT A. LABONTE, ET AL** | |
| **Defendants.** | DECEMBER 13, 2019 |

## MOTION TO DISMISS BY SCOTT A. LABONTE; AND SCOTT A. LABONTE AS TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST

The Defendants, Scott A. LaBonte and Scott A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust (collectively "Mr. LaBonte" unless otherwise noted) hereby separately move to dismiss the Complaint pursuant to Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6). Mr. LaBonte joins in the collective Joint Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint and incorporates by reference the arguments made in the accompanying memorandum ("Collective Memo.") Specifically, this motion is based on the following grounds:

1. The Trustee lacks standing to assert a claim against the Defendants under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, premised on post-petition conduct that did not cause injury to the debtor;

2. **The Trustee's "lost debt" claim is not ripe because his prior actions to recover assets in satisfaction of the debt have not concluded;**

3. **The Trustee's lost debt claim is barred by the applicable statute of limitations;**

4. **The Trustee's claim for collection expenses incurred prior to July 28, 2015 is barred by the applicable statute of limitations;**

5. **The Trustee has failed to allege a violation of 18 U.S.C. § 1962(c).**

**Mr. LaBonte therefore respectfully requests that this Court dismiss with prejudice all of the claims asserted against him in this action. The support for grounds (1) through (5) above are set forth in the Defendants' Collective Memo, filed contemporaneously herewith.[1]**

---

[1] **Mr. LaBonte respectfully adopts any arguments made by any of the co-defendants individually, to the extent any such arguments would also warrant dismissal of the Plaintiff's claims against Mr. LaBonte.**

**PULLMAN & COMLEY, LLC**
By: /s/ James T. Shearin
**James T. Shearin, ct 01326**
**Thomas S. Lambert, ct29561**
**Pullman & Comley LLC**
**850 Main Street**
**P.O. Box 7006**
**Bridgeport, CT 06601-7006**

*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust*

**SHIPMAN, SHAIKEN & SCHWEFEL, LLC**
**David M.S. Shaiken ct02297**
**Shipman, Shaiken & Schwefel, LLC**
**433 South Main Street, Suite 319**
**West Hartford, CT 06110**

**Of Counsel**
*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust*

## CERTIFICATION

      I hereby certify that on December 13, 2019, a copy of the foregoing Motion to Dismiss was filed electronically through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

      PULLMAN & COMLEY, LLC
By:  /s/ Thomas S. Lambert
Thomas S. Lambert, ct29561
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006