UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG | : : : : : | Case No. 3:19-cv-01533-VLB |
| Plaintiff, | : : | |
| v. | : : | |
| SCOTT A. LABONTE, ET AL | : : | |
| Defendants. | : : | DECEMBER 13, 2019 |

**MOTION TO DISMISS BY SALLY A. LABONTE; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; AND SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST**

The Defendants, Sally A. LaBonte; Sally A. LaBonte, Trustee of the Scott A. LaBonte Revocable Trust; and Sally A. LaBonte, Trustee of the Scott A. LaBonte Dynasty Trust (collectively "Ms. LaBonte" unless otherwise noted) hereby separately move to dismiss the Complaint pursuant to Fed. R. Civ. P. 9(b), 12(b)(1), and 12(b)(6). Ms. LaBonte has joined in the collective Joint Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint and incorporates by reference the arguments made in the accompanying memorandum ("Collective Memo.") This motion addresses these joint arguments, as well as arguments addressing the claims uniquely made against Ms. LaBonte, and is based on the following grounds:

1. **The Trustee lacks standing to assert a claim against the Defendants under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, premised on post-petition conduct that did not cause injury to the debtor;**

2. **The Trustee's "lost debt" claim is not ripe because his prior actions to recover assets in satisfaction of the debt have not concluded;**

3. **The Trustee's lost debt claim is barred by the applicable statute of limitations;**

4. **The Trustee's claim for collection expenses incurred prior to July 28, 2015 is barred by the applicable statute of limitations;**

5. **The Trustee has failed to allege a violation of 18 U.S.C. § 1962(c);**

6. **None of the alleged actions undertaken by Ms. LaBonte constitute predicate acts for 18 U.S.C. § 1962(c) as the same conduct of which she stands accused here is simply a relabeling of conduct that is the subject of a separate, pending litigation by the Trustee, where Ms. LaBonte is described solely as being a recipient of fraudulent transfers;**

7. **The Trustee has failed to meet its pleading burden as to the "operation or management" established by *Reeves v. Ernst & Young*, 507 U.S. 170, 185 (1993) as the Trustee has not plausibly alleged that Ms. LaBonte played some part in directing the enterprise's affairs, especially when this Court considers the allegations of the separate, pending litigation against Ms. LaBonte by the Trustee; and**

8. **The conspiracy count against Ms. LaBonte must be dismissed because the plaintiff has not plead that Ms. LaBonte was a party to any agreement that someone would commit at least two predicate acts and because the underlying claims for RICO violations must be dismissed, leaving the claim for RICO conspiracy "without a leg to stand on."**

**Ms. LaBonte therefore respectfully requests that this Court dismiss with prejudice all of the claims asserted against her in this action. The support for grounds (1) through (5) above are set forth in the Defendants' Collective Memo, filed contemporaneously herewith. Ms. LaBonte's individual memorandum of law, setting forth the support for grounds (6) through (8), is filed simultaneously herewith.[1]**

---

[1] **Ms. LaBonte respectfully adopts any arguments made by any of the co-defendants individually, to the extent any such arguments would also warrant dismissal of the Plaintiff's claims against Ms. LaBonte.**

**PULLMAN & COMLEY, LLC**
By: /s/ James T. Shearin
**James T. Shearin,  ct 01326
Thomas S. Lambert, ct29561
Pullman & Comley LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006**

*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust*

**SHIPMAN, SHAIKEN & SCHWEFEL, LLC
David M.S. Shaiken ct02297
Shipman, Shaiken & Schwefel, LLC
433 South Main Street, Suite 319
West Hartford, CT 06110**

**Of Counsel**
*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust*

## **CERTIFICATION**

     I hereby certify that on December 13, 2019, a copy of the foregoing Motion to Dismiss was filed electronically through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF System.

                        **PULLMAN & COMLEY, LLC**
                        By:  /s/ Thomas S. Lambert
                        Thomas S. Lambert, ct29561
                        Pullman & Comley LLC
                        850 Main Street
                        P.O. Box 7006
                        Bridgeport, CT 06601-7006

ACTIVE/78282.1/JTS/8541997v2