UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
JAMES BERMAN, CHAPTER 7 TRUSTEE FOR     :   Case No. 3:19-cv-01533-VLB
THE SUBSTANTIVELY CONSOLIDATED          :
ESTATE OF MICHAEL S. GOLDBERG, LLC      :
AND MICHAEL S. GOLDBERG                 :
                                        :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :
                                        :
SCOTT A. LABONTE, ET AL                 :
                                        :
        Defendants.                     :   DECEMBER 13, 2019
_____  :

### DEFENDANT ROBERT LANDINO'S MOTION TO DISMISS

Defendant Robert Landino hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), to dismiss the Complaint in this matter dated September 27, 2019 (ECF No. 1). Defendant Landino submits that the Complaint should be dismissed on one or more of the following grounds:

1. Plaintiff lacks standing to assert the RICO claims alleged in the Complaint;

2. Plaintiff's claims are not ripe for adjudication;

3. Plaintiff's claims for "lost debts" are barred by the applicable statute of limitations;

4. Plaintiff's claims for collection expenses are barred in whole or in part by the statute of limitations;

5. Plaintiff has failed to allege a viable claim under the RICO statute, 18 U.S.C. §§ 1961 et seq., based on one or more of following:

      a.      Plaintiff has failed to allege a pattern of racketeering activity, or even any predicate acts of racketeering;

      b.      Plaintiff has failed to allege an enterprise distinct from the claimed pattern of racketeering activity;

      c.      Plaintiff has failed to allege the requisite threat of continuing criminal activity;

      d.      Plaintiff has failed to allege a viable, legally sufficient conspiracy by defendant Landino to violate the RICO statute.

The arguments in support of these claims are set forth more fully in the accompanying Memorandum of Law in Support of Defendant Landino's Motion to Dismiss, and in the Joint Memorandum of Law in Support of Defendants' Motion to Dismiss, which defendant Landino adopts and incorporates by reference in support of this motion.

 

THE DEFENDANT,
ROBERT A. LANDINO

By:   /s/ David T. Grudberg
       Thomas J. Sansone (ct00671)
       David T. Grudberg (ct01186)
       Carmody, Torrance, Sandak
       & Hennessey LLP
       195 Church Street, P.O. Box 1950
       New Haven, CT 06509-1950
       203-777-5501 (T)/203-784-3199 (F)
       tsansone@carmodylaw.com
       dgrudberg@carmodylaw.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Motion to Dismiss was filed electronically on December 13, 2019. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

      /s/ David T. Grudberg
    David T. Grudberg