# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JAMES BERMAN, Chapter 7 Trustee<br>for the Substantively Consolidated Estate<br>of Michael S. Goldberg, LLC<br>and Michael S. Goldberg, | :    Case No. 3:19-cv-01533-VLB |

:
**JAMES BERMAN, Chapter 7 Trustee**                                   :          **Case No. 3:19-cv-01533-VLB**
**for the Substantively Consolidated Estate**       :
**of Michael S. Goldberg, LLC**                              :
**and Michael S. Goldberg,**                                    :
                                                                                    :
      **Plaintiff,**                                                :
                                                                                    :
**v.**                                                                              :
                                                                                    :
**SCOTT A. LABONTE, ET AL.,**                             :
                                                                                    :
      **Defendants.**                                        :
                                                                                    :          **DECEMBER 13, 2019**

## MOTION TO DISMISS

Defendants Lawrence J. Marks ("Marks") and his firm, Juliano & Marks, LLC ("J&M"), by undersigned counsel, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the claims asserted against them by Plaintiff James Berman, Chapter 7 Trustee (the "Trustee") on the following grounds:

    (1)    The Trustee lacks standing to assert a claim against the Defendants under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961 *et seq.*, premised on post-petition conduct that did not cause injury to the debtor;

    (2)    The Trustee's "lost debt" claim is not ripe because his prior actions to recover assets in satisfaction of the debt have not concluded;

    (3)    The Trustee's lost debt claim is barred by the applicable statute of limitations;

**ORAL ARGUMENT REQUESTED**

(4)     The Trustee's claim for collection expenses incurred prior to July 28, 2015 is barred by the applicable statute of limitations;

(5)     The Trustee has failed to allege a violation of 18 U.S.C. § 1962(c);

(6)     As the Trustee has not alleged a legally-sufficient substantive RICO claim against any of the Defendants, any claims of RICO conspiracy against Marks under 18 U.S.C. § 1962(d) must necessarily fail;

(7)     The Trustee has failed to state a claim for RICO conspiracy under 18 U.S.C. § 1962(d) because he has not alleged that Marks agreed to join a RICO enterprise;

(8)     The Trustee has failed to state a claim for RICO conspiracy under 18 U.S.C. § 1962(d) because he has not alleged that Marks committed acts of racketeering;

(9)     The Trustee cannot establish that any alleged RICO violations by Marks caused his alleged injury; and

(10)    The vicarious liability claim against J&M should be dismissed because Marks is not liable for RICO conspiracy, and even if he were, the Trustee does not allege that J&M was a central figure in any RICO conspiracy.

The support for grounds (1) through (5) above are set forth in the Joint Memorandum of Law in Support of Defendants' Motions to Dismiss the Complaint, filed contemporaneously herewith, and the support for grounds (6)-(10) above are set forth in the accompanying Memorandum of Law of Defendants Lawrence J. Marks and Juliano & Marks, LLC.

2

Respectfully Submitted,

DEFENDANTS:
LAWRENCE J. MARKS and
JULIANO & MARKS, LLC


By:_____/s/ Anthony J. Natale_____
        Anthony J. Natale
        Federal Bar No. ct08451
        Natale & Wolinetz
        116 Oak Street
        Glastonbury, Connecticut 06033
        (860) 430-1802
        (860) 430-1809 - facsimile
        *anatale@natalelawfirm.com*

## CERTIFICATION

I hereby certify that on December 13, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

_____ /s/ Anthony J. Natale_____
Anthony J. Natale
Federal Bar No. ct08451
Natale & Wolinetz
116 Oak Street
Glastonbury, Connecticut 06033
(860) 430-1802
(860) 430-1809 – facsimile
*anatale@natalelawfirm.com*

4