UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE; SALLY A. LABONTE; SCOTT A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE REVOCABLE TRUST; SALLY A. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE; ROLAND G. LABONTE, TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; ROLAND G. LABONTE, TRUSTEE OF THE ROLAND G. LABONTE REVOCABLE TRUST; MARILYN P. LABONTE; MARILYN P. LABONTE, TRUSTEE OF THE MARILYN P. LABONTE 2015 REVOCABLE TRUST; MARILYN P. LABONTE TRUSTEE OF THE MARILYN P. LABONTE REVOCABLE TRUST; JOSEPH W. SPARVERI, JR.; JOSEPH W. SPARVERI, JR., TRUSTEE OF THE SCOTT A. LABONTE DYNASTY TRUST; LAWRENCE J. MARKS; JULIANO & MARKS, LLC; PAUL L. BOURDEAU; and ROBERT A. LANDINO<br><br>    Defendants. | Case No. 3:19-cv-01533-VLB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>December 18, 2019 |

**THE GOLDBERG TRUSTEE'S OMNIBUS MOTION ON CONSENT FOR
<u>EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS</u>**

Pursuant to D. Conn. L. Civ. R. 7(b), the plaintiff, James Berman, Chapter 7

Trustee for the substantively consolidated bankruptcy estates of the debtors,

1

Michael S. Goldberg, LLC, d/b/a Acquisitions Unlimited Group, and Michael S. Goldberg (the "Goldberg Trustee"), by and through his undersigned counsel, respectfully moves for a thirty (30) day extension of time to and including February 3, 2020, to respond to each of defendants December 13, 2019, Motions to Dismiss: Docket Index ("D.I.") 51 (Marilyn P. LaBonte and Roland G. LaBonte, individually and in various trustee capacities), D.I. 52 (Paul L. Bourdeau), D.I. 53 (Scott A. LaBonte, individually and as trustee of the Scott A. LaBonte Revocable Trust), D.I. 54 (Sally A. LaBonte, individually and in various trustee capacities), D.I. 55 (Robert A. Landino), D.I. 56 (Lawrence J. Marks and Juliano and Marks, LLC), and D.I. 57 (Joseph W. Sparveri, Jr., individually and as trustee of the Scott A. LaBonte Dynasty Trust) (collectively the "Motions to Dismiss").

As good cause for the granting of the requested extension of time, the Goldberg Trustee states that the Motions to Dismiss are supported by a 59 page Joint Memorandum, D.I. 58, as well as five (5) individual memoranda, each of which is at least fifteen (15) pages in length, and all of which raise multiple legal arguments. The Defendants were served with process via waiver of service on or about October 2, 2019, and after obtaining a consented to extension of time to plead or move in response to the Goldberg Trustee's complaint, had nearly seventy-five (75) days to prepare the Motions to Dismiss. The Goldberg Trustee's opposition to the Motions to Dismiss is currently due on January 3, 2020. In light of the breadth of the arguments, as well as the intervening December Holidays, the Goldberg Trustee requires the requested extension of time to fully and properly respond to the Motions to Dismiss.

**This is the Goldberg Trustee's first request for an extension of time with respect to the foregoing time limitation.**

**Pursuant to D. Conn. L. Civ. R. 7(b)(2), the Goldberg Trustee inquired of counsel of record for all non-moving parties to ascertain the non-moving parties' position on the Goldberg Trustee's requested extension of time. Counsel of record for each of the non-moving parties consents to the granting of the requested extension of time.[1]**

**JAMES BERMAN, CHAPTER 7 TRUSTEE
FOR THE SUBSTANTIVELY CONSOLIDATED
ESTATE OF MICHAEL S. GOLDBERG, LLC
AND MICHAEL S. GOLDBERG**

**By: _James M. Moriarty_
Aaron A. Romney (ct28144)
James M. Moriarty (ct21876)
Christopher H. Blau (ct30120)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tele: (203) 368-4234
Fax: (203) 367-9678
Email: jmoriarty@zeislaw.com
cblau@zeislaw.com**

---

[1] **Counsel for the Goldberg Trustee has agreed that should the Court grant the Goldberg Trustee's requested extension, the Goldberg Trustee will consent to an extension to March 4, 2020, sixteen (16) additional days, for the Defendants to file their replies.**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: *James M. Moriarty*
James M. Moriarty (ct21876)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tele: (203) 368-4234
Fax: (203) 367-9678
Email: jmoriarty@zeislaw.com