UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES BERMAN, Chapter 7 Trustee for the Substantively Consolidated Estate of Michael S. Goldberg, LLC and Michael S. Goldberg,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT A. LABONTE *et al.*,<br><br>Defendants. | Case No. 19-cv-1533 |

SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF DEFENDANTS' MOTION TO STAY DISCOVERY

Defendants Scott LaBonte, Sally LaBonte, Marilyn LaBonte, Roland LaBonte, Joseph W. Sparveri, Jr., Lawrence J. Marks, Juliano & Marks, LLC, Paul Bourdeau, and Robert Landino (collectively, "Defendants") respectfully submit this supplemental memorandum in support of their Motion to Stay Discovery (Dkt. No. 43).

BACKGROUND

As explained in Defendants' Memorandum of Law in Support of Motion to Stay Discovery, there are currently four pending fraudulent conveyance actions initiated by the Trustee, including against certain of the Defendants in this action, in which the Trustee seeks to recover assets that allegedly can be used to satisfy, in whole or in part, the judgment he obtained against Scott LaBonte in 2017. Dkt. No. 43-1, at 4-5. Three of the four pending fraudulent conveyance actions—the SALDT, Landino, and DEIPM Actions—were temporarily stayed. *Id.* at 32 n.18.

*See Berman v. LaBonte*, No. 15-cv-01687 (D. Conn. Oct. 4, 2019), Dkt. Nos. 114; *Berman v. Landino*, Adv. Proc. No. 16-02042 (Bankr. D. Conn. Oct. 2, 2019), Dkt. No. 170; *Berman v. DEI Property Management, LLC*, Adv. Pro. No. 17-02029, Dkt. No. 86 (Bankr. D. Conn. Oct. 4, 2019).

Since the filing of Defendants' Motion to Stay Discovery on November 15, 2019 (Dkt. No. 43) and their Reply Memorandum of Law in Support of the Motion to Stay Discovery on January 3, 2020 (Dkt. No. 62): (1) Judge Alvin W. Thompson granted a motion by Scott and Sally LaBonte to lift the temporary stay of the SALDT Action, *Berman v. LaBonte et al.*, No. 15-cv-1687 (D. Conn. Jan. 6, 2020), Dkt. No. 120; (2) Judge Julie A. Manning vacated the stay of the DEIPM Action and entered an amended case schedule, *Berman v. DEI Property Management, LLC*, Adv. Proc. No. 17-02029, Dkt. No. 94 (Bankr. D. Conn. Jan. 17, 2020); and (3) the Trustee indicated that he no longer seeks entry of a permanent stay of the Landino Action, and Judge Manning has approved entry of an amended pretrial scheduling order mooting the Trustee's pending motion for a permanent stay, pending submission of a revised form of order, *Berman v. Landino*, Adv. Proc. No. 16-02042 (Bankr. D. Conn. Nov. 6, 22, 2019), Dkt. Nos. 182, at ¶ 4 (proposing Case Management Order that will "resolve . . . the Trustee's Motion for Stay"), 184 (granting relief requested pending submission of revised form of proposed order).[1]  Therefore, the three pending fraudulent conveyance actions that were previously stayed are now proceeding.

---

[1] As noted in Defendants' Reply Memorandum of Law in Support of Motion to Stay Discovery, the lifting of the stay in the Landino Action will allow adjudication of Landino's pending motion for summary judgment, which, if granted, would

2

## ARGUMENT

In support of their Motion to Stay Discovery, Defendants argued that the Trustee will not suffer any meaningful prejudice if a stay of discovery is granted in this action pending adjudication of Defendants' motions to dismiss (Dkt. Nos. 51-57) because "the Trustee has had, and continues to have, the ability to seek information and move for discovery in the pending fraudulent conveyance actions, one of which was filed in June 2017, well after the alleged racketeering conduct had been completed." Dkt. No. 43-1, at 31. In his opposition to the Motion to Stay Discovery, the Trustee argued that he "cannot obtain discovery in the fraudulent transfer actions because the bankruptcy and district courts stayed two and a stay in the third, [the Landino Action], is presently being litigated." Dkt. No. 61, at 23-24. The lifting of the stays in all three actions renders the Trustee's argument moot.

## CONCLUSION

For the foregoing reasons and those set forth in Defendants' Memorandum of Law in Support of Motion to Stay Discovery and Reply Memorandum of Law in Support of Motion to Stay Discovery, discovery in this action should be stayed pending adjudication of Defendants' pending motions to dismiss the Complaint.

Dated:     January 21, 2020

---

refute the fundamental premise of the Trustee's claims against several Defendants in this action (*i.e.*, that the transactions involving Scott LaBonte, Landino, and Marks were fraudulent conveyances). Dkt. No. 62, at 11 n.22. Even if the motion is denied, the case is close to trial-ready. *Id.*

3

                                **FINN DIXON & HERLING LLP**

                                By: **/s/ Alfred U. Pavlis**
                                     Alfred U. Pavlis (ct08603)
                                     David R. Allen (ct30827)
                                     Finn Dixon & Herling LLP
                                     Six Landmark Square
                                     Stamford, CT 06901-2704
                                     Tel: (203) 325-5000
                                     Fax: (203) 325-5001
                                     apavlis@fdh.com
                                     dallen@fdh.com

                              *Attorneys for Paul Bourdeau, Esq.*

| **PULLMAN & COMLEY LLC** | **MARK H. DEAN, PC** |
|---|---|
| By: **/s/ James T. Shearin**<br>    James T. Shearin (ct01326)<br>    Thomas S. Lambert (ct29561)<br>    Pullman & Comley LLC<br>    850 Main Street<br>    P.O. Box 7006<br>    Bridgeport, CT 06601-7006<br>    jtshearin@pullcom.com<br><br>**Of Counsel**<br>    David M.S. Shaiken (ct02297)<br>    Shipman, Shaiken & Schwefel, LLC<br>    433 South Main Street<br>    West Hartford, CT 06110<br>    david@shipmanlawct.com<br><br>*Attorneys for Scott A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust, and Sally A. LaBonte, individually and as Trustee of the Scott A. LaBonte Revocable Trust and Trustee of the Scott A. LaBonte Dynasty Trust* | By: **/s/ Mark Dean**<br>    Mark Dean (ct01935)<br>    Mark H. Dean, PC<br>    241 Main Street, Suite 501<br>    Hartford, CT 06106<br>    mdean@mhdpc.net<br><br>*Attorneys for Roland G. LaBonte, individually and as Trustee of the Roland G. LaBonte Revocable Trust and the Scott A. LaBonte Dynasty Trust, and Marilyn P. LaBonte, individually and as Trustee of the Marilyn P. LaBonte 2015 Revocable Trust and Trustee of the Marilyn P. LaBonte Revocable Trust* |

| | |
|---|---|
| **CARMODY TORRANCE SANDAK HENNESSEY LLP** | **COWDERY & MURPHY LLC** |
| By: **/s/ Thomas J. Sansone**<br>    Thomas J. Sansone (ct00671)<br>    David T. Grudberg (ct01186)<br>    Carmody Torrance Sandak<br>    Hennessey LLP<br>    195 Church Street<br>    New Haven, CT 06509<br>    tsansone@carmodylaw.com<br>    dgrudberg@carmodylaw.com | By: **/s/ Thomas J. Murphy**<br>    Thomas J. Murphy (ct07959)<br>    James J. Healy<br>    Cowdery & Murphy LLC<br>    280 Trumbull Street, 22nd Floor<br>    Hartford, CT 06103<br>    tmurphy@cowderymurphy.com<br>    jhealy@cowderymurphy.com |
| *Attorneys for Robert A. Landino* | *Attorneys for Joseph W. Sparveri, Jr.* |

**NATALE & WOLINETZ**

By: **/s/ Anthony Natale**
    Anthony Natale (ct08451)
    Natale & Wolinetz
    116 Oak Street
    Glastonbury, CT 06033
    anatale@natalelawfirm.com

*Attorneys for Lawrence J. Marks, Esq. and Juliano & Marks, LLC*

5

**CERTIFICATION**

I hereby certify that on January 21, 2020, a copy of the foregoing Supplemental Memorandum in Support of Defendants' Motion to Stay Discovery was filed electronically through the Court's electronic filing system and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com