# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE SUBSTANTIVELY CONSOLIDATED ESTATE OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG | : : : : | Case No. 3:19-cv-01533-JCH |
| Plaintiff, | : : : | |
| v. | : : : : | |
| SCOTT A. LABONTE; ET AL. | : : | |
| Defendants. | : : | February 4, 2021 |

## NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION FOR LEAVE TO AMEND THE COMPLAINT AS TO ROBERT A. LANDINO ONLY

Plaintiff James Berman, Chapter 7 Trustee for the Estate of Michael S. Goldberg, LLC and Michael S. Goldberg (the "Trustee"), through his undersigned counsel, hereby provides notice that he has withdrawn that branch of the Trustee's Motion for Leave to Amend the Complaint [Doc. No. 111] seeking leave to amend *as to Robert A. Landino only*. The Trustee has resolved all of his claims against Robert A. Landino through settlement, the parties' compromise has been approved by the Bankruptcy Court, and the Trustee seeks no further relief against Robert A. Landino in this action.

        JAMES BERMAN, CHAPTER 7
        TRUSTEE FOR THE SUBSTANTIVELY
        CONSOLIDATED ESTATE OF
        MICHAEL S. GOLDBERG, LLC AND
        MICHAEL S. GOLDBERG


By: */s/ Christopher H. Blau*
Christopher H. Blau (ct30120)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tele: (203) 368-4234
Fax: (203) 367-9678
Email: cblau@zeislaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 4, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                  */s/ Christopher H. Blau*
                                                                Christopher H. Blau (ct30120)